

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00030-CV

———————————————

TFE CONTRACTING, LLC, Appellant

V.

TALBERT FAMILY REVOCABLE TRUST AND MATTHEW TALBERT,
Appellees

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-316401-20

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  August 3, 2023